Alan J. Kessel (Cal. Bar No.: 130707)
Keli N. Osaki (Cal. Bar No.: 179920)
Sandeep J. Shah (Cal. Bar No.: 210449)
**BUCHALTER, NEMER, FIELDS & YOUNGER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

Attorneys for Plaintiff DIRECTV, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT WAIDTLOW, et al.,<br><br>Defendants. | CASE NO. CV-03-2446 DFL DAD<br><br>Hon. David F. Levi<br><br>**[PROPOSED] ORDER DISMISSING DEFENDANT TIM TERRY** |

Having read the Request for Voluntary Dismissal of Defendant TIM TERRY filed herein by Plaintiff DIRECTV, Inc., and such other pleadings and papers deemed appropriate by the Court, and GOOD CAUSE appearing therefore, the Court ORDERS as follows:

1. This action is hereby dismissed with prejudice as against Defendant TIM TERRY only; and

2. Each party shall bear its own attorney's fees and costs incurred in this action to date.

DATED: 19 May 2005          /s/ David F. Levi
                            Honorable David F. Levi
                            United States District Court
                            Eastern District of California

BNFY 551584v1            -1-            (CV-03-2446 DFL DAD)

**[PROPOSED] ORDER DISMISSING DEFENDANT TIM TERRY**