IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
DIRECTV, INC., a California            No.  CIV.S-03-2446 DFL DAD
corporation,

          Plaintiff,

     v.                                ORDER

ROBERT WAIDTLOW, et al.,

          Defendants.
_____/
```

       This matter came before the court on August 19, 2005, for hearing on plaintiff's motion for default judgment against defendant Judy Kim. Keli N. Osaki appeared on behalf of plaintiff. Defendant, proceeding pro se, appeared on her own behalf. Having considered all written materials submitted with respect to the motion, and after hearing oral argument, for the reasons set forth on the record during the hearing, IT IS HEREBY ORDERED that:

       1. Defendant Judy Kim shall immediately file her motion to set aside the Clerk's entry of default against her along with her proposed answer as well as any written opposition to the motion for

1

1 default judgment.  Defendant is reminded to file a proof of service
2 of those documents upon plaintiff.
3      2.  Plaintiff shall have up to and including September 9,
4 2005, to file any written response to defendant's filings; and
5      3.  The hearing on plaintiff's motion for default judgment
6 and defendant's motion to set aside the Clerk's entry of default is
7 SET for September 16, 2005, at 10:00 a.m. in Courtroom 27 before the
8 undersigned.
9 DATED: August 22, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
Ddad1\orders.civil\directv2446.oah.081905

2