IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DIRECTV, INC., a California corporation,

        Plaintiff,

    vs.

ROBERT WAIDTLOW, et al.,

        Defendants.

No. CIV S-03-2446 DFL DAD

ORDER

        The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636, et seq., and Local Rule 72-302.

        On October 4, 2005, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days. No objections to the findings and recommendations have been filed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

        1. The findings and recommendations filed October 4, 2005, are adopted in full;

        2. Defendant Kim's motion to set aside the entry of default against her is granted;

3. Plaintiff's motion for entry of default judgment is denied as moot; and

4. Defendant Kim is directed to file her answer within twenty (20) days of the date of this order.

DATED: 1/31/2006

_____
DAVID F. LEVI
United States District Judge