```
 1
 2
 3
 4
 5
 6
 7
 8                   IN THE UNITED STATES DISTRICT COURT
 9                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  DIRECTV, INC., a California        No.  CIV.S-03-2446 DFL DAD PS
    corporation,
12
               Plaintiff,
13
         v.
14
    ROBERT WAIDTLOW, et al.,
15
               Defendants.             ORDER
16  _____/
17          Counsel for plaintiff has informed the court that plaintiff
18  and the remaining party defendant have settled the above-captioned
19  case.  The court now orders that the dispositional documents
20  disposing of the case be filed no later than sixty (60) days from the
21  effective date of this order.
22          All hearing dates heretofore set in this matter are hereby
23  **VACATED**.
24  /////
25  /////
26  /////
                                        1
```

1       <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE</u>
2  <u>IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO</u>
3  <u>CONTRIBUTED TO THE VIOLATION OF THIS ORDER.</u>
4       IT IS SO ORDERED.
5  DATED: May 30, 2006.

                                    _____
                                    DALE A. DROZD
                                    UNITED STATES MAGISTRATE JUDGE

10 DAD:th
   Ddad1\orders.prose\directv2446.dispodocs