Debra Healy Deem (Cal. Bar No.: 89183)
Brandon Q. Tran (Cal. Bar No.: 223435)
**BUCHALTER NEMER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182
E-mail: btran@buchalter.com

Attorneys for Plaintiff DIRECTV, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation, | CASE NO. CIV-S-03-2446 DFL DAD |
| Plaintiff, | Hon. David F. Levi |
| vs. | **ORDER DISMISSING DEFENDANT JUDY KIM** |
| ROBERT WAIDTLOW, et al., | |
| Defendants. | |

Having read the Request for Voluntary Dismissal of Defendant JUDY KIM filed herein by Plaintiff DIRECTV, Inc., and such other pleadings and papers deemed appropriate by the Court, and GOOD CAUSE appearing therefore, the Court ORDERS as follows:

1.    This action is hereby dismissed without prejudice as against Defendant JUDY KIM only; and

2.    Each party shall bear its/her own attorney's fees and costs incurred in this action to date.

DATED: 7/31/2006                                   /s/ David F. Levi

Honorable David F. Levi
United States District Court
Eastern District of California

**[PROPOSED] ORDER DISMISSING DEFENDANT JUDY KIM**